# REPUBLIC BANK

www.republicbank.com
Member FDIC

30394545

**VOID AFTER 90 DAYS**

21-131/830

DATE  3/28/2016

**REMITTER**  Ronald D Scherzinger

PAY  \*\*\* ONE HUNDRED THOUSAND AND 00/100

TO THE ORDER OF  Harbors City Ventures, LLC

$\*\*\*\*100,000.00

**CASHIER'S CHECK**

**CLIENT COPY**

**NOT NEGOTIABLE**

Caution: Stop Payments or Replacement Checks are not permitted prior to 90 days after issuance.

---

*(Chase ATM receipt, shown upside-down below check:)*

```
****************************
My Transaction Summary
****************************
Transaction #210
Account Number Ending In: 1735
Checking Deposit     $100,000.00

Further review may result in delayed
availability of this deposit
****************************

JPMorgan Chase Bank, N.A.
Holiday Manor, Branch 000649
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
03/28/2016 12:39

Business Date 03/28/2016
Session #94
Thank you - tyler
Cashbox #03
```

Deposit cash or checks at a Chase DepositFriendly(SM) ATM. An image of your check can be printed on your receipt.




