# REPUBLIC BANK

www.republicbank.com
Member FDIC

30394545

VOID AFTER 90 DAYS

21-131/830

DATE 3/28/2016

REMITTER Ronald D Scherzinger

PAY *** ONE HUNDRED THOUSAND AND 00/100

TO THE ORDER OF Harbors City Ventures, LLC

$****100,000.00

**CASHIER'S CHECK**

CLIENT COPY

**NOT NEGOTIABLE**

Caution: Stop Payments or Replacement Checks are not permitted prior to 90 days after issuance.

---

Deposit cash or checks at a Chase DepositFriendly(SM) ATM. An image of your check can be printed on your receipt.

My Transaction Summary
*****************************
Transaction #210
Account Number Ending In: 1735
Checking Deposit         $100,000.00
*****************************

Further review may result in delayed availability of this deposit

JPMorgan Chase Bank, N.A.
Holiday Manor, Branch 000649
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
03/28/2016 12:39

Business Date 03/28/2016
Session #94

Thank you - tyler
Cashbox #03


